IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DATA MARKETING PARTNERSHIP, LP et al., § § § Plaintiffs, § § v. § § UNITED STATES DEPARTMENT § OF LABOR et al., § § Defendants. § | Civil Action No. 4:19-cv-00800-O |

## ORDER

On September 28, 2020, the Court issued a Memorandum Opinion and Order (ECF No. 37). The Court inadvertently stated that "the Court Plaintiffs' Motion for Summary Judgment is **GRANTED** and **DENIES** Defendants' Cross Motion for Summary Judgment" on the first page of the Order. The Court will substitute a corrected order which will replace this sentence and read "the Court **GRANTS** Plaintiffs' Motion for Summary Judgment and **DENIES** Defendants' Cross Motion for Summary Judgment." No other change has been made.

**SO ORDERED** on this **29th day** of **September, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1